

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2015

No. 04-15-00366-CV

Juan Miguel **MATA**,
Appellant

v.

Maria Elena **MATA**,
Appellee

From the County Court, Dimmit County, Texas
Trial Court No. 2714
Honorable Amado J. Abascal III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 30, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2015.

_____
Keith E. Hottle, Clerk